UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES A. CLEVELAND and JOYCE J. MCCOWN, individually and on behalf of their marital community; and EBERE JOY AKAEGBU-CLEVELAND, a single person,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; CHAD F. WOLF, acting Secretary of U.S. Department of Homeland Security, in his official capacity as Secretary of the Department; KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services, in his official capacity as Agency Director; ANNE A. CORSANO, Director of District 20, Seattle U.S. Citizenship and Immigration Services, in her official capacity as Office Director; and CHRYSTA STOCK, Spokane Field Office Director, in her official capacity as Office Director,<br><br>　　　　　　　　Defendants. | NO: 2:20-CV-0409-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

BEFORE THE COURT is the Parties'[1] Stipulated Motion to Dismiss Without Prejudice (ECF No. 6).  The parties agree that all of Plaintiffs' claims against Defendants in the above-entitled matter should be dismissed without prejudice and with each party bearing its own fees and costs.  The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and with each party to bear its own costs, fees and expenses.

2. The pending Motion to Dismiss of Lack of Jurisdiction, ECF No. 4, is **DENIED** as moot.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 8, 2021.



THOMAS O. RICE
United States District Judge

---

[1] Without successor substitution under F.R.Civ.P 25(d), because prompt dismissal.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2